IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA SWEENEY,

    Plaintiff,

v.

RELIANT TRAVEL, L.L.C., and DOES 1–20,

    Defendants.
_____/

No. C 11-00485 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **MAY 26, 2011, AT 3:00 P.M.** The parties should be able to finalize a written agreement in three weeks. All deadlines are **EXTENDED** accordingly. Please do not ask for any more extensions.

    **IT IS SO ORDERED.**

Dated: May 5, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE